AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Francisco Javier Rivera <br><br> *Plaintiff(s)* <br> v. <br><br> Kevin Smith et al <br><br> *Defendant(s)* | Civil Action No. 1:21cv382 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    R. Rogers, Sergeant
    Stiles Unit
    3060 FM 3514
    Beamont, TX 77705

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Francisco Javier Rivera    1915789
                                     Boyd Unit
                                     200 Spur 113
                                     Teague, TX 75860-2007

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    **1/6/22**             *David A. O'Toole*
                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21cv382

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* R Rogers Sergeant

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* Stiles unit, 3060 Fm 3514 Beaumont Tx 77705 on *(date)* 2-17-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

James Wheeler
*Server's signature*

James Wheeler #814189
*Printed name and title*

Boyd unit 200 Spur 113 Teague Tx 75860
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. Rogers, Sergeant
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

9590 9402 6670 1060 1035 05

2. Article Number (Transfer from service label)

7021 0350 0000 9704 8729

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6670 1060 1035 05

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

James Wheeler
#814189
Boyd Unit
200 SPUR 113
Teague TX, 75860

03/01

Francisco J. Rivera
#1915789
Boyd Unit
200 Spur 113
Teague, Tx
75860

NORTH TEXAS TX P&DC
DALLAS TX 750
9 MAR 2022 PM 10 L



CLERK U.S. DISTRICT COURT
RECEIVED
MAR 11 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

United States District
Court Clerk
300 Willow Street #104
Beaumont Tx
77701

77701-221725