AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Francisco Javier Rivera<br><br>*Plaintiff(s)*<br>v.<br><br>Kevin Smith et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:21cv382<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Lois Torvar, Medical Nurse
        Stiles Unit
        3060 FM 3514
        Beamont, TX 77705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Francisco Javier Rivera   1915789
        Boyd Unit
        200 Spur 113
        Teague, TX 75860-2007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/6/22

*David A. O'Poole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21cv382

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lois Tarver medical nurse
was received by me on *(date)* 2-17-2022 .

☒ personally served the summons on the individual at *(place)* Stiles unit 3860 Fm 2821
Beaumont TX 77705 on *(date)* 2-00-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because no answer on Pre Paid ; or

☒ Other *(specify):* certified mail,

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-17-2022

_James Wheeler_
Server's signature

James Wheeler # 814189
Printed name and title

Boyd unit, 200 spr 113, Teague Tx 75860
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset



**SUBJECT:** *State briefly the problem on which you desire a__*

To the maill room, on Feb, 18 2022 i sent three certified, envelopes. All going to the same address, to difrent indviduals. I've recieved two of them back. I want to know what happened to the third certified envelope. ( Certified mail receipt # 7021 0350 0000 9704 8705 ) It's a very important legal matter. Please send me a reply to what happend to the return part.

thank you

Name: JAMES WHEELER   314189   Unit: BOYD
Living Quarters: L 211 B   Work Assignment: UNASSIGNED

**DISPOSITION:** (Inmate will not write in this space)

If the post office doesn't return the mail or the return part back to the Boyd Unit Mailroom, then I can't get it back to you. You will need to contact the Post Office.
— Mr Arnold Mailroom Sup

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## INMATE REQUEST TO

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ____MAIL ROOM_____     DATE: __3/08/2022_____

Francisco J. Rivera
#1915789
Boyd unit
200 Spur 113
Teague, TX 75860

NORTH TEXAS TX P&DC
DALLAS TX 750
17 MAR 2022 PM 4 L



CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 21 2022
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

United States District
Court, Clerk
300 Willow ST #104
Beaumont, TX
77701

77701-221729